No. 650. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL–CIO v. SCOFIELD ET AL. C. A. 7th Cir. Certiorari granted. *Joseph L. Rauh, Jr., John Silard, Stephen I. Schlossberg, Harold A. Katz, Irving M. Friedman* and *Philip L. Padden* for petitioner. *John G. Kamps* and *James Urdan* for Scofield et al., and *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, respondents.

No. 415. GOLDNER v. SILVER, DISTRICT ATTORNEY, KINGS COUNTY, NEW YORK. Court of Appeals of New York. Certiorari denied. *Bernard A. Berkman* for petitioner. *Aaron E. Koota* for respondent. Briefs of *amici curiae,* in support of the petition, were filed by *Herman B. Gerringer* for New York State Association of Trial Lawyers, and by *Israel Steingold* for American Trial Lawyers Association.

No. 432. MCGINNESS v. LUNA, PRESIDENT, BROTHERHOOD OF RAILROAD TRAINMEN, ET AL. Appellate Court of Illinois, First District. Certiorari denied. Petitioner *pro se. John J. Naughton* for respondents.

No. 547. KEHOE v. BOYLE, EXECUTOR, ET AL. Court of Common Pleas of Ohio, Hamilton County. Certiorari denied. *Thomas J. Kehoe, pro se, Millard W. Rice* and *Joseph B. Matre* for petitioner. *Louis A. Ginocchio* for respondents.